# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

|  |  |
|---|---|
| **Digital Cache, LLC,** | Case No. 6:21-cv-00584-ADA |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **ADATA Technology Co., Ltd.,** | |
| Defendant. | |

### ORDER GRANTING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

The request to dismiss this matter with prejudice is hereby GRANTED.

**SIGNED** this day_____ of_____2021.


_____
Alan D Albright
UNITED STATES DISTRICT JUDGE